IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIA Y. GLENN, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09CV0296 |
| vs. | : | |
| | | District Judge Timothy S. Black |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It therefore is **ORDERED** THAT:

1. The Report and Recommendations filed on August 13, 2010 (Doc. #21) are ADOPTED in full;

2. The Commissioner's non-disability finding is AFFIRMED; and

3. This case is TERMINATED on the docket of this Court.

10/14, 2010

Timothy S. Black
United States District Judge